# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 2, 2001

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DANIEL A. MANION, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| ISI INTERNATIONAL, INC.,<br>  *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| **No.** 99-1815  **v.** | |
| BORDEN LADNER GERVAIS LLP, successor to Scott & Aylen,<br>  *Defendant-Appellee*. | No. 98 C 7614<br>Suzanne B. Conlon,<br>*Judge*. |

**Order**

The opinion of this court issued on July 2, 2001, is amended on page 7, line 12, by changing "refused" to "refuses".